UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY KEYS (#77998)

VERSUS

WARDEN N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-31-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 9, 2008 (doc. no. 27). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendant G. McKey are DISMISSED for failure of the plaintiff to serve this defendant within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the plaintiff's motion for summary judgment (doc. no. 21) is DENIED and the defendants' motion for summary judgment (doc. no. 18) is GRANTED in part, DISMISSING the plaintiff's claims against defendant Burl Cain and dismissing the plaintiff's claims of false disciplinary charges and verbal abuse against the remaining defendants. Further, this matter is referred back to the Magistrate Judge for further proceedings in connection with the plaintiff's claim of retaliation against defendants Blaine Lachney, Louis Stroud, Dickie Armand and Jeremy McKey.

Baton Rouge, Louisiana, this ___ day of October, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA