UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY KEYS (#77998)

VERSUS

WARDEN N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 08-31-JJB-CN

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 9, 2011 (doc. no. 78). The defendant filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment (doc. no. 70) is GRANTED, dismissing the plaintiff's claims asserted herein, and this action is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 5th day of January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA